UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| ANDREA GARCIA, | § § § | |
| Plaintiff, | § | |
| VS. | § | CIVIL ACTION NO. 1:19-CV-113 |
| | § | |
| METROPOLITAN LIFE INSURANCE, *et al.*, | § § | |
| Defendants. | § § § | |

## ORDER ADOPTING REPORT AND RECOMMENDATION

On August 16, 2019, the United States Magistrate Judge filed a Report and Recommendation (Doc. 8) recommending that Plaintiff Andrea Garcia's Motion to Remand (Doc. 5) should be denied. No party objected to the Report and Recommendation.

After considering the Report and Recommendation and the applicable law, the Court **ADOPTS** the Report and Recommendation. Accordingly, it is:

**ORDERED** that Plaintiff's Motion to Remand (Doc. 5) is **DENIED**.

SIGNED this 10th day of September, 2019.

_____
Fernando Rodriguez, Jr.
United States District Judge